1  **BRYAN CAVE LLP**
   Marcy J. Bergman, California Bar No. 75826
2  Stephanie A. Blazewicz, California Bar No. 240359
3  Robert J. Esposito, California Bar No. 267031
   560 Mission Street, 25th Floor
4  San Francisco, CA 94105
   Telephone:   (415) 675-3400
5  Facsimile:   (415) 675-3434
   Email:       marcy.bergman@bryancave.com
6               stephanie.blazewicz@bryancave.com
7               robert.esposito.@bryancave.com

8  Attorneys for Plaintiff
   AIRWAIR INTERNATIONAL LTD.
9
   **SEDGWICK LLP**
10 Robert F. Helfing, California Bar No. 90418
   801 South Figueroa Street, 19th Floor
11 Los Angeles, CA 90017
12 Telephone:   (213) 426-6900
   Facsimile:   (213) 426-6921
13
   Attorneys for Defendant
14 CELS ENTERPRISES, INC.

15

16                  **UNITED STATES DISTRICT COURT**

17                  **CENTRAL DISTRICT OF CALIFORNIA**

18

19 | AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom, | Case No. 2:14-cv-02771-SVW-SH |
20 | | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
21 | Plaintiff, | |
   | v. | |
22 | CELS ENTERPRISES, INC. D/B/A/ CHINESE LAUNDRY, a New York Corporation; and DOES 1-50, | |
23 | | |
24 | Defendants. | |

Plaintiff AirWair International Ltd. ("Plaintiff") and Defendant Cels Enterprises, Inc. ("Cels") stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Cels are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**It is so stipulated.**

Dated: November 12, 2014      **BRYAN CAVE LLP**

By: /s/Stephanie A. Blazewicz
      Stephanie A. Blazewicz

Attorney for Plaintiff
AIRWAIR INTERNATIONAL LTD.

Dated: November 12, 2014      **SEDGWICK LLP**

By: /s/Robert F. Helfing
      Robert F. Helfing
Attorney for Defendant
CELS ENTERPRISES, INC.